Adam P. Bailey (CA Bar No. 278208)
Richard J. Frye (CA Bar No. 338369)
Hobbs, Straus, Dean & Walker, LLP
1903 21st St., 3rd Floor
Sacramento, CA  95811
Phone: (916) 442-9444
Email: abailey@hobbsstraus.com
rfrye@hobbsstraus.com

*Attorneys for Picayune Rancheria of Chukchansi Indians dba Chukchansi Gold Resort & Casino*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS dba CHUKCHANSI GOLD RESORT & CASINO, INC.**<br><br>PLAINTIFF,<br><br>v.<br><br>**UNITE HERE LOCAL # 19**<br><br>DEFENDANT. | Case No.: 1:25-cv-00846-KES-SKO<br><br>**JOINT STIPULATION AND ORDER TO AMEND HEARING DATE AND BRIEFING SCHEDULE**<br><br>Hearing Date:  July 31, 1:30 p.m.<br>Judge:  Hon. Kirk E. Sherriff<br>Courtroom:  6 |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Both parties, through their respective counsel, hereby stipulate and agree to the entry of an extension of time for the briefing and hearing on Plaintiff's request for a Temporary Restraining Order:

1

**JOINT STIPULATION AND ORDER TO AMEND HEARING
DATE AND BRIEFING SCHEDULE**

1. Defendant's response shall be due no later than August 20, 2025;

2. Plaintiff's reply shall be due no later than August 29, 2025; and

3. The hearing date originally scheduled for July 31, 2025 at 1:30 p.m. shall be rescheduled for Monday, September 8, at 1:30 p.m.

Parties are scheduled to resume negotiations for a new Collective Bargaining Agreement July 28 to July 30, 2025, and the parties will inform the Court of any developments from negotiations that affect this matter or its scheduling.

THEREFORE, the parties therefore respectfully request that the Court enter an Order establishing the above deadlines.

**IT IS SO STIPULATED.**

HOBBS, STRAUS, DEAN, & WALKER LLP

DATED: July 17, 2025         By:   /s/ Adam P. Bailey
                                   Adam P. Bailey
                                   Richard J. Frye
                                   Attorneys for Plaintiff
                                   PICAYUNE RANCHERIA OF CHUKCHANSI
                                   INDIANS dba CHUKCHANSI GOLD RESORT
                                   & CASINO

WEINBERG, ROVER, & ROSENFELD

DATED: July 17, 2025         By:  /s/ Alan. Crowley
                                   Alan G. Crowley
                                   Attorney for Defendant
                                   UNITE HERE LOCAL #19

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS dba CHUKCHANSI GOLD RESORT & CASINO, INC.**<br><br>PLAINTIFF,<br><br>v.<br><br>**UNITE HERE LOCAL # 19**<br><br>DEFENDANT. | Case No.: 1:25-cv-00846-KES-SKO<br><br>**ORDER AMENDING HEARING DATE AND BRIEFING SCHEDULE**<br><br>Hearing Date: **Sept. 10, 2025 at 1:30 p.m.**<br>Judge: Hon. Kirk E. Sherriff<br>Courtroom: 6 |

The Court hereby adopts the Parties' stipulation to amend the hearing date and briefing schedule for Plaintiff's Temporary Restraining Order in the above captioned case as follows:

Defendant's response shall be due no later than August 20, 2025;

Plaintiff's reply shall be due no later than August 29, 2025; and

The hearing date originally scheduled for July 31, 2025 at 1:30 p.m. shall be rescheduled for **Wednesday, September 10, at 1:30 p.m.** in Courtroom 6.

IT IS SO ORDERED.

Dated:   July 18, 2025

_____
UNITED STATES DISTRICT JUDGE