LESTER J. MARSTON
California State Bar No. 081030
LAW OFFICES OF RAPPORT AND MARSTON
AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net
*Attorneys for Picayune Rancheria of Chukchansi Indians dba Chukchansi Gold Resort & Casino*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS dba CHUKCHANSI GOLD RESORT & CASINO, INC.,<br><br>Plaintiff,<br>v.<br><br>UNITE HERE LOCAL #19,<br><br>Defendant. | Case No. 1:25-CV-00846-KES-SKO<br><br>**JOINT STIPULATION ESTABLISHING A NEW BRIEFING SCHEDULE FOR THE HEARING ON DEFENDANT'S MOTION TO DISMISS AND ORDER THEREON**<br><br>Date: December 1, 2025<br>Time: 1:30 p.m.<br>Courtroom: 6<br>Judge: Hon. Kirk E. Sheriff |

Pursuant to Local Rules 144 and 230(f), the parties, by and through their undersigned legal counsel hereby stipulate as follows:

1.      Defendant filed its motion to dismiss ("MTD") on September 19, 2025. Plaintiff's counsel has represented to defendant that, at the time of the filing of the MTD, plaintiff's counsel had an opposition brief due on September 23, 2025, in *Round Valley Indian Tribes, et. al. v. Kendall, et. al.*, United States District Court for the Northern District of California, Case No. 25CV-03736; a reply brief due on September 25, 2025, in *Blue Lake Rancheria*, *et. al. v. Kalshi, Inc. et. al.*, United

States District Court for the Northern District of California, Case No. 3:25-CV-06162; and two reply briefs due on October 7, 2025, in *Round Valley Indian Tribes, et. al. v. Kendall, et. al.*, United States District Court for the Northern District of California, Case No. 25CV-03736. In addition, plaintiff's counsel has informed defendant's counsel that he will be out of the office all day at the University of California, San Francisco, Cancer Center for tests and will not have any staff available on September 26, 2025, because plaintiff's counsel's office will be closed that day in celebration of Native American Day. As a result of these events that were scheduled and set prior to the defendant's filing of its MTD, and to give plaintiff's counsel adequate time to prepare and file plaintiff's brief in opposition to the MTD, the parties have agreed to enter into this stipulation to modify the briefing scheduled establish by the Court's Local Rules.

2. The plaintiff will file its brief in opposition to the MTD on or before October 15, 2025.

3. The defendant will file its brief in reply to the plaintiff's brief in opposition to the MTD on or before November 5, 2025.

4. The hearing on the defendant's MTD shall remain as originally noticed for December 1, 2025.

5. The parties request that the Court issue an order approving the above briefing schedule and hearing date.

Dated: September 25, 2025            Respectfully Submitted,

LAW OFFICES OF RAPPORT AND MARSTON

By:   */s/ Lester J. Marston*
      LESTER J. MARSTON
      *Attorneys for Plaintiff, Picayune Rancheria of Chukchansi Indians dba Chukchansi Gold Resort & Casino*

Dated: September 25, 2025         W<small>EINBERG</small>, R<small>OVER</small>, & R<small>OSENFELD</small>

          By: */s/ Alan Crowley*
            ALAN CROWLEY
            *Attorney for Defendant,*
            *Unite HERE Local #19*

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED, that plaintiff will file its brief in opposition to the defendant's motion to dismiss on or before October 15, 2025. Defendant shall file its brief in reply to the plaintiff's opposition to defendant's motion to dismiss on or before November 5, 2025.

IT IS FURTHER ORDERED, that the hearing on defendant's motion to dismiss is reset to **December 2, 2025**, at 1:30 p.m. in Courtroom 6 of the above Court.

IT IS SO ORDERED.

Dated:   September 30, 2025

_____
UNITED STATES DISTRICT JUDGE