LESTER J. MARSTON
California State Bar No. 081030
LAW OFFICES OF RAPPORT AND MARSTON
AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net
*Attorneys for Picayune Rancheria of Chukchansi Indians dba Chukchansi Gold Resort & Casino*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS dba CHUKCHANSI GOLD RESORT & CASINO, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITE HERE LOCAL #19, <br><br> Defendant. | Case No. 1:25-cv-00846-KES-SKO <br><br> **PARTIES' JOINT STIPULATION AND ADMINISTRATIVE MOTION TO CONTINUE STAY TO ALLOW THE PARTIES TO PURSUE SETTLEMENT AND ORDER THEREON** <br><br> **(Doc. 32)** <br><br> Date: TBD <br> Time: TBD <br> Courtroom: 6 <br> Judge: Hon. Kirk E. Sheriff <br> Action Filed: July 13, 2025 |

Pursuant to Local Rule 233, the parties by and through their undersigned legal counsel hereby stipulate as follows:

1.   On January 14, 2026, the Court entered a minute order staying proceedings in this case to allow the parties to pursue settlement. The stay is due to expire on February 12, 2026.

2.   The parties have reached a tentative settlement of the case, which has been ratified and approval by the parties' principals: UNITE HERE Local # 19 ("HERE") membership ("Membership") and the Picayune Rancheria of Chukchansi Indians Tribal Council ("Tribal Council"), subject to the final approval and

execution by the parties of their global settlement agreement and collective bargaining agreement.

4. Drafts of both the global settlement agreement and collective bargaining agreement have been prepared and exchanged by the parties' legal counsel.

5. All that remains is for the parties to finalize the language of the settlement agreements and have their principles authorizing a person to sign the agreements on behalf of the parties.

6. Currently members of the Tribal Council for the plaintiff are on travel. In addition, as a government, certain notice requirements have to be met in order to convene a meeting of the Tribal Council to give its final approval of the agreements and authorize the Chairperson of the Tribal Council to sign the agreements on behalf of the Tribe. The parties therefore request that the Court continue the stay for another fourteen (14) days or until February 26, 2026, to allow the parties to finalize and execute the settlement agreements that requires the plaintiff to file a dismissal of this case.

Dated: February 11, 2026     Respectfully Submitted,

LAW OFFICES OF RAPPORT AND MARSTON

By: /s/ Lester J. Marston
LESTER J. MARSTON
*Attorneys for Plaintiff, Picayune Rancheria of Chukchansi Indians dba Chukchansi Gold Resort & Casino*

Dated: February 12, 2026     MCCRACKEN, STEMERMAN & HOLSBERRY, LLP

By: /s/ Paul More
PAUL MORE
*Attorney for Defendant, Unite HERE Local #19*

# ORDER

Having read the foregoing Stipulation (Doc. 32) and good cause appearing,

IT IS HEREBY ORDERED that the stay of this case shall remain in effect until February 26, 2026.

IT IS FURTHER ORDERED that upon reaching a settlement of the case, the parties shall either file a notice of settlement with the Court, pursuant to Local Rule 160(a), 272, or a dismissal of the lawsuit.

IT IS SO ORDERED.

Dated:   **February 13, 2026**                    /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE