LESTER J. MARSTON
California State Bar No. 081030
LAW OFFICES OF RAPPORT AND MARSTON
AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net

*Attorneys for Picayune Rancheria of Chukchansi Indians dba Chukchansi Gold Resort & Casino*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS dba CHUKCHANSI GOLD RESORT & CASINO, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITE HERE LOCAL #19, <br><br> Defendant. | Case No. 1:25-cv-00846-KES-SKO <br><br> **PARTIES' JOINT STIPULATION AND ADMINISTRATIVE MOTION TO CONTINUE STAY TO ALLOW THE PARTIES TO PURSUE SETTLEMENT AND ORDER THEREON** <br><br> **(Doc. 34)** <br><br> Date: TBD <br> Time: TBD <br> Courtroom: 6 <br> Judge: Hon. Kirk E. Sheriff <br> Action Filed: |

Pursuant to Local Rule 233, the parties by and through their undersigned legal counsel hereby stipulate as follows:

1. On January 14, 2026, the Court entered a minute order staying proceedings in this case to allow the parties to pursue settlement. The stay was due to expire on February 12, 2026.

2. On February 12, 2026, the Court entered a minute order extending the stay in the proceedings to all the parties to continue to purse settlement. The stay is due to expire on February 26, 2026.

3. The parties have reached a tentative settlement of the case, which has been ratified and approval by the parties' principals: UNITE HERE Local # 19 ("HERE") membership ("Membership") and the Picayune Rancheria of Chukchansi Indians Tribal Council ("Tribal Council"), subject to the final approval and execution by the parties of their global settlement agreement and collective bargaining agreement.

4. Drafts of both the global settlement agreement and collective bargaining agreement have been prepared and exchanged by the parties' legal counsel.

5. The language of the settlement agreement has been finalized and all that remains is for the parties to finalize the language in the CBA and have their principles authorizing a person to sign the agreements on behalf of the parties.

6. As a government, certain notice requirements have to be met in order to convene a meeting of the Tribal Council to give its final approval of the agreements and authorize the Chairperson of the Tribal Council to sign the agreements on behalf of the Tribe. The parties therefore request that the Court continue the stay for another fourteen (14) days or until March 12, 2026, to allow the parties to finalize and execute the settlement agreements that requires the plaintiff to file a dismissal of this case.

Dated: February 26, 2026             Respectfully Submitted,

                                              LAW OFFICES OF RAPPORT AND MARSTON

                                   By:   */s/ Lester J. Marston*
                                              LESTER J. MARSTON

                                              *Attorneys for Plaintiff, Picayune Rancheria of Chukchansi Indians dba Chukchansi Gold Resort & Casino*

Dated: February 26, 2026                MCCRACKEN, STEMERMAN & HOLSBERRY, LLP

By:   /s/ Paul More
      PAUL MORE

*Attorney for Defendant,*
*UNITE HERE Local #19*

## ORDER

Having read the foregoing Stipulation (Doc. 34) and good cause appearing therefore,

IT IS HEREBY ORDERED that the stay of this case shall remain in effect until March 12, 2026.

IT IS FURTHER ORDERED that upon reaching a settlement of the case, the parties shall either file a notice of settlement with the Court, pursuant to Local Rule 160(a), 272, or a dismissal of the lawsuit.

IT IS SO ORDERED.

Dated:   **February 27, 2026**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE