PAUL L. MORE, Bar No. 228589
McCracken, Stemerman & Holsberry LLP
475 14th Street, Suite 1200
Oakland, California 94612
Tel:     (415) 597-7200
Fax:     (415) 597-7201
Email:  pmore@msh.law

ALAN G. CROWLEY, Bar No. 203438
Weinberg, Roger & Rosenfeld
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Tel:     (510) 337-1001
Fax:     (510) 337-1023
Email:  courtnotices@unioncounsel.net
         acrowley@unioncounsel.net

*Attorneys for Defendant UNITE HERE Local 19*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS dba CHUKCHANSI GOLD RESORT & CASINO, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITE HERE LOCAL 19, <br><br> Defendant. | CASE No. 1:25-CV-00846-KES-SKO <br><br> **PARTIES' JOINT STIPULATION AND UNOPPOSED MOTION TO CONTINUE STAY TO ALLOW THE PARTIES TO PURSUE SETTLEMENT; ORDER** <br><br> (Doc. 36) |

Pursuant to Local Rule 233, the parties by and through their undersigned legal counsel hereby stipulate as follows:

1.     On January 14, 2026, the Court entered a minute order staying proceedings in this case to allow the parties to pursue settlement. The stay was due to expire on February 12, 2026.

2.     On February 12, 2026, the Court entered a minute order extending the stay

1

JOINT STIPULATION
Case No. 1:25-CV-00846-KES-SKO

in the proceedings to all the parties to continue to purse settlement.  The stay is due to expire on February 26, 2026.

3.　On February 26, 2026, the Court entered a minute order extending the stay in the proceedings to all the parties to continue to purse settlement.  The stay is due to expire on March 12, 2026.

4.　The parties have reached a tentative settlement of the case, which has been ratified and approval by the parties' principals: UNITE HERE Local # 19 ("HERE") membership ("Membership") and the Picayune Rancheria of Chukchansi Indians Tribal Council ("Tribal Council"), subject to the final approval and execution by the parties of their global settlement agreement and collective bargaining agreement.

5.　Drafts of both the global settlement agreement and collective bargaining agreement have been prepared and exchanged by the parties' legal counsel.

6.　The language of the CBA and the settlement agreement have been finalized and all that remains is for the parties to have their principles authorize a person to sign the agreements on behalf of the parties.

7.　As a government, certain notice requirements have to be met in order to convene a meeting of the Tribal Council to give its final approval of the agreements and authorize the Chairperson of the Tribal Council to sign the agreements on behalf of the Tribe. The parties therefore request that the Court continue the stay for another fourteen (14) days or until March 27, 2026, to allow the parties to finalize and execute the settlement agreements that requires the plaintiff to file a dismissal of this case.

Dated: March 13, 2026　　　　　　　　Respectfully Submitted,

LAW OFFICES OF RAPPORT AND MARSTON

By:　*/s/ Lester J. Marston*
LESTER J. MARSTON
*Attorneys for Plaintiff, Picayune Rancheria of Chukchansi Indians dba Chukchansi Gold Resort & Casino*

2

JOINT STIPULATION
Case No. 1:25-CV-00846-KES-SKO

Dated: March 13, 2026                    MCCRACKEN, STEMERMAN & HOLSBERRY, LLP

                         By:    */s/ Paul More*
                                PAUL MORE
                                *Attorney for Defendant,*
                                *Unite HERE Local #19*

JOINT STIPULATION
Case No. 1:25-CV-00846-KES-SKO

**ORDER**

Having read the foregoing Stipulation, (Doc. 36), and good cause appearing,

IT IS HEREBY ORDERED, *nunc pro tunc*, that the stay of this case shall remain in effect until March 27, 2026.

IT IS FURTHER ORDERED that upon reaching a settlement of the case, the parties shall either file a notice of settlement with the Court, pursuant to Local Rule 160(a), 272, or a dismissal of the lawsuit.

IT IS SO ORDERED.

Dated:   __**March 13, 2026**__                   ___/s/ *Sheila K. Oberto*___
                                                                    UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION
Case No. 1:25-CV-00846-KES-SKO