PAUL L. MORE, Bar No. 228589
MCCRACKEN, STEMERMAN & HOLSBERRY LLP
475 14th Street, Suite 1200
Oakland, California 94612
Tel:     (415) 597-7200
Fax:     (415) 597-7201
Email:  pmore@msh.law

ALAN G. CROWLEY, Bar No. 203438
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Tel:     (510) 337-1001
Fax:     (510) 337-1023
Email:  courtnotices@unioncounsel.net
         acrowley@unioncounsel.net

*Attorneys for Defendant UNITE HERE Local 19*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS dba CHUKCHANSI GOLD RESORT & CASINO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITE HERE LOCAL 19,<br><br>Defendant. | CASE No. 1:25-CV-00846-KES-SKO<br><br>**JOINT STIPULATION OF THE PARTIES DISMISSING CASE PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Crtm: 6, 7th Floor<br>Judge: Honorable Kirk E. Sherriff<br>Action Filed: July 13, 2025 |

Plaintiff, Picayune Rancheria of Chukchansi Indians and Defendant, UNITE HERE Local 19, hereby stipulate to dismiss all of plaintiff's claims against the defendant in this case without prejudice.  Each party shall bear its own cost, and fees including attorney's fees.

//

1

STIPULATION TO DISMISS                    Case No. 1:25-CV-00846-KES-SKO

DATED: March 23, 2026                    By: */s/ Lester J. Marston*
                                         LESTER J. MARSTON

                                         Attorneys for Plaintiff Picayune
                                         Rancheria of Chukchansi Indians


DATED: March 23, 2026                    By: */s/ Paul More*
                                         PAUL MORE

                                         Attorneys for UNITE HERE Local 19

2

## CERTIFICATE OF SERVICE

I am employed in the city of Oakland, county of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 475 14th Street, Suite 1200, Oakland, CA 94612.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the electronic filing and service was made.

I hereby certify that I electronically filed with the United States District Court for the Eastern District of California by using the CM/ECF system on March 24, 2026, which generated and transmitted a notice of electronic filing to the CM/ECF registrants in this matter.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this document was executed on March 24, 2026.

*/s/Gydian McCready*
Gydian McCready

STIPULATION TO DISMISS                    Case No. 1:25-CV-00846-KES-SKO