# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS,<br><br>Plaintiff,<br><br>v.<br><br><br>UNITE HERE LOCAL 19,<br><br><br>Defendant. | Case No. 1:25-cv-00846-KES-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 38) |

On March 24, 2026, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 38). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   __**March 25, 2026**__          ___/s/ *Sheila K. Oberto*___
                                         UNITED STATES MAGISTRATE JUDGE